UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

LOANDRIA DAHMER,      Plaintiff,

v.      Civil Action No. 1:18-cv-124-DJH-LLK

WESTERN KENTUCKY UNIVERSITY
et al.,      Defendants.

\* \* \* \* \*

## JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered March 2, 2021, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1) Judgment is entered in favor of Defendants Western Kentucky University, Timothy Caboni, Andrea Anderson, and Charley Pride with respect to Counts I and V asserted in this matter by Plaintiff Loandria Dahmer.

(2) Counts I and V are **DISMISSED** with prejudice and **STRICKEN** from the Court's docket. The remaining claims (Counts II, III, and IV) are **REMANDED** to state court pursuant to 28 U.S.C. § 1367(c)(3).

(3) This is a **FINAL** and **APPEALABLE** Judgment, and there is no just cause for delay.

March 2, 2021

David J. Hale, Judge
United States District Court

1