# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 07, 2022

Mr. James J. Vilt Jr.
Western District of Kentucky at Bowling Green
241 E. Main Street
Suite 120 Federal Building
Bowling Green, KY 42101-0000

Re:  Case No. 21-5318, *Loandria Dahmer v. Western Kentucky University, et al*
Originating Case No. 1:18-cv-00124

Dear Mr. Vilt:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Virginia Padgett, Case Manager

cc:  Ms. Lindsay Anne Cordes
Ms. Ena V. Demir
Mr. Thomas N. Kerrick
Mr. Tad Thomas

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 21-5318

_____

Filed: November 07, 2022

LOANDRIA DAHMER

      Plaintiff - Appellant

v.

WESTERN KENTUCKY UNIVERSITY; TIMOTHY CABONI; ANDREA P. ANDERSON; CHARLEY PRIDE

      Defendants - Appellees

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 10/13/2022 the mandate for this case hereby issues today.

COSTS:  None