UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:18-cv-00124-DJH-LLK

**LOANDRIA DAHMER,**                                                         **PLAINTIFF,**

v.

**WESTERN KENTUCKY UNIVERSITY, et al.,**                          **DEFENDANTS**

### JUDGE'S REPORT AND ORDER

This matter was referred to U.S. Magistrate Judge Lanny King to conduct a settlement conference. [Docket #126].

**A settlement conference was held in this matter on Thursday, January 25, 2024,** with all parties attending and represented by counsel. [Docket #127]. Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties were able to reach an amicable resolution.

**Counsel for the parties shall file either an agreed order of dismissal or a joint status report within 30 days of the entry of this order.**

January 29, 2024

*[signature: Lanny King]*

Lanny King, Magistrate Judge
United States District Court

cc: counsel of record
P: 3 .5