UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

LOANDRIA DAHMER,                                                                               Plaintiff,

v.                                                                            Civil Action No. 1:18-cv-124-DJH-LLK

WESTERN KENTUCKY UNIVERSITY et al.,                                        Defendants.

* * * * *

### ORDER

United States Magistrate Judge Lanny King having informed the Court that the matter was resolved at the settlement conference on January 25, 2024 (Docket No. 127), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. Defendants' renewed motion for summary judgment (D.N. 113) is **DENIED** as moot.

The parties shall tender an agreed order of dismissal with prejudice within **forty-five (45) days** of entry of this Order. The Court will entertain a motion to redocket the action within forty-five (45) days of entry of this Order in the event the settlement is not consummated. Further, **it is ORDERED** that no motion to redocket the case may be filed before the parties have conferred with U.S. Magistrate Judge Lanny King.

January 29, 2024

David J. Hale, Judge
United States District Court