UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:18-CV-00124-DJH-LLK
*Filed Electronically*

LOANDRIA DAHMER                                                                   PLAINTIFF

v.

WESTERN KENTUCKY UNIVERSITY, *et al.*                           DEFENDANTS

## JOINT STATUS REPORT

Defendants, Western Kentucky University, Timothy Caboni, Andrea Anderson and Charley Pride, and Plaintiff, Loandria Dahmer, advise the Court that the Plaintiff has executed a Settlement Agreement and Release. The Defendants are in the process of tendering payment to the Plaintiff, and the parties anticipate filing an Agreed Order of Dismissal with the Court before Friday, March 8, 2024.

This February 27, 2024.

                                                   KERRICK BACHERT PSC
                                                   P.O. Box 9547
                                                   Bowling Green, KY 42102-9547
                                                   T: (270) 782-8160
                                                   F: (270) 782-5856
                                                   tkerrick@kerricklaw.com
                                                   kbumgarner@kerricklaw.com
                                                   cgivens@kerricklaw.com

                                                   /s/ *Kyle G. Bumgarner*
                                                   Thomas N. Kerrick
                                                   Kyle G. Bumgarner
                                                   Colton W. Givens
                                                   *Counsel for Defendants*

                                                   And

                                                   /s/ *Lindsy Lopez (with permission)*
                                                   Thomas Law Offices, PLLC
                                                   9418 Norton Commons Blvd., Ste. 200
                                                   Prospect, KY  40059
                                                   *Counsel for Plaintiff, Loandria Dahmer*