UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:18-CV-00124-DJH-LLK
*Filed Electronically*

LOANDRIA DAHMER                                                                          PLAINTIFF

v.                  **AGREED ORDER OF DISMISSAL**

WESTERN KENTUCKY UNIVERSITY, *et al.*                              DEFENDANTS

This matter is before the Court by agreement of the parties as is evidenced by the signatures of their respective counsel below and in compliance with the Court's Order of January 29, 2024, (DN 129). The parties announce to the Court that all claims asserted or assertable in this matter have been resolved. The Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted or assertable by Plaintiff, Loandria Dahmer, are hereby DISMISSED WITH PREJUDICE. The parties shall be responsible for their own respective costs and attorney's fees. This is a final and appealable order and there is no just cause for delay.

HAVE SEEN AND AGREE:

<u>/s/  Lindsy Lopez (with permission)</u>
Thomas Law Offices, PLLC
9418 Norton Commons Blvd., Ste. 200
Prospect, KY  40059
*Counsel for Plaintiff, Loandria Dahmer*

<u>/s/  Kyle G. Bumgarner</u>
Kyle G. Bumgarner
Kerrick Bachert, PSC
P. O. Box 9547
Bowling Green, KY 42101
*Counsel for Defendants*

DISTRIBUTION:  All counsel of record