UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

LOANDRIA DAHMER,                                                        Plaintiff,

v.                                              Civil Action No. 1:18-cv-124-DJH-LLK

WESTERN KENTUCKY UNIVERSITY et al.,                          Defendants.

\* \* \* \* \*

**<u>ORDER</u>**

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared.  (Docket No. 131)  Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), is now **CLOSED** and **STRICKEN** from the Court's active docket.

March 7, 2024

**David J. Hale, Judge**
**United States District Court**